```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 45891
    IONE HINGLE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-5786


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/07/2005 and was confirmed 12/19/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  73.59% from remaining funds.

    The case was paid in full 08/15/2007.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
JOHN M SMITHS HOMEMAKERS  SECURED                 .00            .00           .00
WASHINGTON MUTUAL         CURRENT MORTG           .00            .00           .00
AMERICAN EXPRESS BANK     UNSECURED            3503.91           .00       2577.85
AMERICAN EXPRESS BANK     UNSECURED           12627.23           .00       9289.92
UNITED RECOVERY SYSTEMS   NOTICE ONLY       NOT FILED            .00           .00
BANK OF AMERICA NA        UNSECURED         NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED           13133.70           .00       9662.52
ECAST SETTLEMENT CORP     UNSECURED            7088.14           .00       5214.78
RESURGENT CAPITAL SERVIC  UNSECURED           14782.81           .00      10875.79
CITIFINANCIAL             UNSECURED         NOT FILED            .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED            7796.49           .00       5735.91
1ST NATIONAL BANK OF OMA  UNSECURED         NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSECURED             439.19           .00        323.11
MARSHALL FIELDS           UNSECURED            1839.24           .00       1353.14
NORDSTROM FSB             UNSECURED            1632.04           .00       1200.70
RESURGENT CAPITAL SERVIC  UNSECURED            1071.16           .00        788.06
RESURGENT CAPITAL SERVIC  UNSECURED             666.98           .00        489.90
TALBOTS                   UNSECURED             831.11           .00        611.45
VICTORIA SECRET           UNSECURED         NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSECURED OTH       1912.38           .00       1421.01
RESURGENT CAPITAL SERVIC  UNSECURED             166.47           .00        122.00
RESURGENT CAPITAL SERVIC  UNSECURED             294.61           .00        215.91
STUART B HANDELMAN        DEBTOR ATTY          750.00                      750.00
TOM VAUGHN                TRUSTEE                                         3,367.95
DEBTOR REFUND             REFUND                                            289.75

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      54,289.75


                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 45891 IONE HINGLE
```

```
PRIORITY                                                         .00
SECURED                                                          .00
UNSECURED                                                  49,882.05
ADMINISTRATIVE                                                750.00
TRUSTEE COMPENSATION                                        3,367.95
DEBTOR REFUND                                                 289.75
                                   ---------------    ---------------
TOTALS                                  54,289.75          54,289.75
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 11/27/07               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```